

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-26-00173-CV

———————————————————

IN RE ETHAN ALLEN-SCOTT MITCHELL, Relator

Original Proceeding
481st District Court of Denton County, Texas
Trial Court No. 24-11035-481

Before Wallach, J.; Sudderth, C.J.; and Bassel, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: March 20, 2026